# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2162

_____

CHARLES W. LEWIS,

Petitioner,

v.

SKYE N. CLIBURN,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 12, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WOLF, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David A. Carroll, Pensacola, for Petitioner.

Stephanie N. Greaves of Tonya C. Petermann, P.A., Ft. Walton Beach, for Respondent.